**Eugene N. COOKMEYER, Plaintiff-Appellant,**

v.

**LOUISIANA DEPARTMENT OF HIGHWAYS, Defendant-Appellee.**

No. 29546

Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

Oct. 27, 1970.

Gerald P. Webre, Leonard A. Calcagno, Metairie, La., for plaintiff-appellant.

Philip K. Jones, Norman L. Sisson, Baton Rouge, La., Jesse S. Guillot, New Orleans, La., for defendant-appellee.

Before WISDOM, COLEMAN, and SIMPSON, Circuit Judges.

PER CURIAM.

The plaintiff-appellant fell from his motorcycle while crossing a pontoon bridge on a state highway. He sued the state department of highways for injuries thus sustained. The District Court held that it lacked admiralty jurisdiction because the structure was, in fact, a bridge and not a vessel.

The decision of the District Court is reported, 309 F.Supp. 881 (E.D., La., 1970).

We affirm on the published opinion of the court below.

Affirmed.

---

* ▮ Rule 18, 5th Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5th Cir. 1970, 431 F.2d 409, Part I.